UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEREMY PUTNAM BAKKE,<br><br>Plaintiff,<br><br>v.<br><br>CLARK COUNTY JAIL et al.,<br><br>Defendants. | CASE NO. 3:15-CV-05713-BHS-DWC<br><br>ORDER DENYING MOTION TO COMPEL AS MOOT |

The District Court has referred this action, filed pursuant to 42 U.S.C. § 1983, to United States Magistrate Judge David W. Christel. Plaintiff Jeremy Putnam Bakke, proceeding *pro se* and *in forma pauperis*, filed this civil rights complaint under 42 U.S.C. § 1983.

On March 21, 2016, Defendants filed a Motion to Compel Interrogatory Responses ("Motion"). Dkt. 25. Defendants seek an order compelling Plaintiff to respond to interrogatories sent to Plaintiff on January 26, 2016. *Id.*

On March 24, 2016, Plaintiff filed a response stating the answers to Defendants' interrogatories were placed in the mail on February 10, 2016 but it appears those answers were lost in the mail. Dkt. 28 at 1. Plaintiff states he will resend answers by March 30, 2016 because

1  he needs additional time to make copies. *Id.* at 2. Plaintiff also attached a copy of his answers
2  and objections to his response. Dkt. 28, Exhibit 1.  Defendants did not file a reply. *See* Dkt.
3      Accordingly, after review of the Motion and relevant record, the Court denies the Motion
4  without prejudice as moot.

Dated this 18th day of April, 2016.

/s/ David W. Christel
David W. Christel
United States Magistrate Judge

ORDER DENYING MOTION TO COMPEL AS MOOT - 2