UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEREMY PUTNAM BAKKE, Plaintiff, v. CLARK COUNTY JAIL, et al., Defendants. | CASE NO. C15-5713BHS ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge (Dkt. 34), and Plaintiff Jeremy Bakke's ("Bakke") objections to the R&R (Dkt. 37).

On July 21, 2016, Judge Christel filed the R&R recommending that the Court deny Bakke's motion for default because Defendants have answered and are actively defending against the complaint. Dkt. 34. On August 3, 2016, Bakke filed objections. Dkt. 37.

The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to. The district judge may accept, reject, or

modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions. Fed. R. Civ. P. 72(b)(3).

In this case, the Court agrees with Judge Christel that Bakke's motion should be denied. Although Defendants may have answered late, at the time Bakke filed his motion, Defendants had answered and were actively defending. Therefore, the Court having considered the R&R, Bakke's objections, and the remaining record, does hereby find and order as follows:

(1) The R&R is **ADOPTED**; and

(2) Bakke's motion for default is **DENIED**.

Dated this 6th day of September, 2016.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge